1  KEVIN V. RYAN, SBN 118321
   United States Attorney
2  JOANN M. SWANSON, 88143
   Assistant United States Attorney
3  Chief, Civil Division
   SARA WINSLOW, DCBN 457643
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-7260
   Facsimile:  (415) 436-7169
7
   Attorneys for Defendant
8

9                       UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11                          SAN FRANCISCO DIVISION

12 WILLIAM E. PEACE,                )
                                    )
13         Plaintiff,                ) CIVIL NO.   05-02460 NJV
                                    )
14     v.                           ) STIPULATION AND ORDER EXTENDING
                                    ) DEFENDANT'S TIME TO FILE
15 JO ANNE B. BARNHART,             ) RESPONSE TO PLAINTIFF'S
   Commissioner of Social Security, ) MOTION FOR SUMMARY JUDGMENT
16                                  )
           Defendant.                )
17 _____)

18        IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the

19 approval of the Court, that defendant Commissioner may have an extension of 30 days in which to

20 file her response to plaintiff's motion for summary judgment.[1]  Defendant's response was due on

21 December 14, 2005, pursuant to Civil L.R.16-5.  Defendant's response is now due on January 13,

22 2006.

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

---

[1] See attached Declaration of John Carvelas.

This is defendant's first request.

Dated: December 5, 2005             /s/
                                    FRED NEIGHBOR
                                    Attorney for Plaintiff


                                    KEVIN V. RYAN
                                    United States Attorney


Dated: December 5, 2005      By:    /s/
                                    SARA WINSLOW
                                    Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED:


Dated:  12/7/05                     _____
                                    NANDOR J. VADAS
                                    United States Magistrate Judge

PEACE, EXT.MXSJ (jnc)
C 05-02460 NJV                              2

```
 1  KEVIN V. RYAN, SBN 118321
    United States Attorney
 2  JOANN M. SWANSON, CSBN 88143
    Chief, Civil Division
 3  SARA WINSLOW, CSBN 457643
    Assistant United States Attorney
 4    450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
 5    Telephone: (415) 436-7260

 6  Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| WILLIAM E. PEACE,              )  |  CIVIL NO.  C-05 02460 NJV |
|---|---|
|             Plaintiff,         )  |  DECLARATION OF JOHN N. CARVELAS IN SUPPORT OF DEFENDANT'S REQUEST FOR EXTENSION OF TIME |
|        v.                      )  |  |
| JO ANNE B. BARNHART,           )  |  |
| Commissioner of Social Security,) |  |
|             Defendant.         )  |  |

I, John N. Carvelas, declare and state as follows:

1. I am an assistant regional counsel in the Office of the General Counsel for the Social Security Administration, Region IX.  This case has been assigned to me.

2. I am requesting a 30-day extension of time for filing Defendant Commissioner's response to Plaintiff's motion for summary judgment in order to provide further opportunity for review and analysis of this case.

1

1 | I declare under penalty of perjury that the foregoing is true and correct to the best of my
2 | knowledge.
3 | Executed on December 1, 2005, in San Francisco, California.

/s/

JOHN N. CARVELAS

Assistant Regional Counsel

2